IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE JON BONGIORNO,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 19-cv-4748 |
| ANDREW M. SAUL,<br>Commissioner of Social Security,<br>    Defendant. | : | |

**O R D E R**

**AND NOW** this 6th day of March, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 13-1) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings before a SSA ALJ;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                                                           */s Richard A. Lloret*
                                                                            **RICHARD A. LLORET**
                                                                            **U.S. Magistrate Judge**